JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARLY REBECCA WICKELL, an individual, | Case No.: 2:17-cv-02395-AB-JC |
| Plaintiff, | (UNLIMITED JURISDICITON DAMAGES IN EXCESS OF $75,000) |
| vs. | **ORDER OF DISMISSAL** |
| CONSULATE GENERAL OF BURMA (aka Consulate General Of Myanmar); CONSULATE GENERAL OF MYANMAR IN LOS ANGELES; BARUA RAJIB, An Individual; ARIANA AGUILERA, An Individual; MILAGRO RAMIREZ VASQUEZ, An Individual, | *Assigned for All Purposes to: Judge André Birotte Jr.*<br><br>Courtroom No.: 7B |
| Defendants. | |

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Date:     December 19, 2017

_____
ANDRÉ BIROTTE, JR.